UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,

    Interpleader Plaintiff,

v.

JOYCE M. TAYLOR,

EUGENE ROBINSON,

CELESTE ROBINSON,

and

MARK KAREEM ROBINSON,

    Interpleader Defendants.

------------------------------------------------------x

Civil Action No: 25-cv-03118 (ALC)

ORDER GRANTING MOTION TO DEPOSIT INTERPLEADER FUNDS

    This is an action to determine the proper beneficiary of the death benefit payable under The United States Life Insurance Company in the City of New York Policy No. 500444065C issued to the late Eugene Robinson, Sr. Interpleader Plaintiff The United States Life Insurance Company in the City of New York ("U.S. Life") filed an Interpleader Complaint against the competing claimants.

    U.S. Life has filed a Motion to Deposit Funds with the Clerk of the United States District Court for the Southern District of New York. The sum to be deposited with this Court is **$76,412.00 plus accrued interest, if any**. This sum represents the death benefits payable under U.S. Life life insurance policy number 500444065C issued to the late Eugene Robinson, Sr.

    WHEREFORE, good cause appearing, the Court hereby **ORDERS** as follows:

1. U.S. Life is authorized to deposit the sum of **$76,412.00 plus accrued interest, if any**, with the Clerk of the United States District Court, Southern District of New York.

2. The Clerk of the Court shall deposit the sum of **$76,412.00 plus accrued interest, if any**, into the Disputed Ownership Fund in an interest bearing account until such time as the Court makes its further order directing disbursement of these funds.

3. The Clerk is directed to deduct from the income on the investment of the sum a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**DONE AND ORDERED** in New York, New York on May 30, 2025.

_____
Andrew L. Carter, Jr.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record (via CM/ECF)

Joyce Taylor
387 Huntington Ave.
Bronx, NY 10465

Eugene Robinson
387 Huntington Ave. Apt. 1
Bronx, NY 10465-3046

Celeste Robinson
3517 N. Church St.
Greensboro, NC 27405-2321

Mark Kareem Robinson
14723 W. Oaks Plaza Apt. 316
Houston, TX 77082